# Closing Disclosure

**Closing Information**

| | |
|---|---|
| Date Issued | 10/24/2017 |
| Closing Date | 10/24/2017 |
| Disbursement Date | 10/24/2017 |
| Settlement Agent | Delta Title Corporation |
| File # | 104163 |
| Property | Amber Lakes, First Filing, Lot 56 |
| | East Baton Rouge Parish, Louisiana |
| | 16939 River Birch Avenue |
| | Greenwell Springs, LA 70739 |
| Sale Price | $219,000.00 |

**Transaction Information**

| | |
|---|---|
| Borrower | Harry W. Smith III and Casey Erin Corcoran |
| | 16939 River Birch Avenue |
| | Greenwell Springs, LA 70739 |
| Seller | Brian Anderson Criss |
| | 5207 Lennox Street |
| | Zachary, LA 70791 |

## Summaries of Transactions

**SELLER'S TRANSACTION**

| | | |
|---|---|---|
| Due to Seller at Closing | | $219,000.00 |
| 01 | Sale Price of Property | $219,000.00 |
| 02 | Sale Price of Any Personal Property Included in Sale | |
| 03 | | |
| 04 | | |
| 05 | | |
| 06 | | |
| 07 | | |
| 08 | | |
| Adjustments for Items Paid by Seller in Advance | | |
| 09 | City Property Taxes | |
| 10 | Parish Property Taxes | |
| 11 | N.O. City Property Taxes | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| Due from Seller at Closing | | $219,000.00 |
| 01 | Excess Deposit | |
| 02 | Closing Costs Paid at Closing (J) | $15,620.00 |
| 03 | Existing Loan(s) Assumed or Taken Subject to | |
| 04 | Payoff of First Mortgage Loan to PHH Mortgage Corporation | $170,757.10 |
| 05 | Payoff of Second Mortgage Loan to SBA - U.S. Small Business Administration | $31,028.86 |
| 06 | Seller Closing Cost Credit for Recording | $90.00 |
| 07 | | |
| 08 | | |
| 09 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| Adjustments for Items Unpaid by Seller | | |
| 14 | City Property Taxes | |
| 15 | Parish Property Taxes 1/1/2017 to 10/24/2017 | $1,504.04 |
| 16 | N.O. City Property Taxes | |
| 17 | | |
| 18 | | |
| 19 | | |

**CALCULATION**

| | |
|---|---|
| Total Due to Seller at Closing | $219,000.00 |
| Total Due from Seller at Closing | -$219,000.00 |
| Cash ☐ From ☒ To Seller | |

## Contact Information

**REAL ESTATE BROKER (B)**

| | |
|---|---|
| Name | KDK Capital Region Realty |
| Address | 11414 Lake Sherwood North |
| | Baton Rouge, LA 70816 |
| LA License ID | LA0995690204 |
| Contact | Tabatha Murray |
| Contact LA License ID | LA0995690567 |
| Email | tmurray@kdkrealty.com |
| Phone | 225-500-1125 |

**REAL ESTATE BROKER (S)**

| | |
|---|---|
| Name | Keller Williams Realty |
| Address | 8686 Bluebonnet Blvd, Ste A |
| | Baton Rouge, LA 70810 |
| LA License ID | LA0000049945.A |
| Contact | Logan Celestine |
| Contact LA License ID | LA0995693593 |
| Email | logan@kw.com |
| Phone | 225-768-1800 |

**SETTLEMENT AGENT**

| | |
|---|---|
| Name | Delta Title Corporation |
| Address | 11824 Bricksome Avenue, Suite A |
| | Baton Rouge, LA 70816 |
| LA License ID | LA220443 |
| Contact | 018 018 |
| Contact LA License ID | |
| Email | |
| Phone | 225-292-2735 |



**Questions?** If you have questions about the loan terms or costs on this form, use the contact information above. To get more information or make a complaint, contact the Consumer Financial Protection Bureau at www.consumerfinance.gov/mortgage-closing

## Closing Cost Details

| Loan Costs | | | Seller-Paid | |
|---|---|---|---|---|
| | | | At Closing | Before Closing |
| **A. Origination Charges** | | | | |
| 01  0.875% of Loan Amount (Points) | to | Regions Bank d/b/a Regions Mortgage | | |
| 02  Loan Administration Fee | to | Regions Bank d/b/a Regions Mortgage | | |
| **B. Services Borrower Did Not Shop For** | | | | |
| 01  Appraisal/AVM | to | Smith Appraisals | | |
| 02  Credit Report Fee | to | Equifax | | |
| 03  Flood | to | CoreLogic | | |
| 04  Tax Service Fee | to | 1st American Tax Serv | | |
| **C. Services Borrower Did Shop For** | | | $50.00 | |
| 01  Title - Abstract or Title Search | to | Delta Title Corporation | | |
| 02  Title - Closing Protection Coverage | to | First American Title Insurance Company | | |
| 03  Title - Digital Storage Fee | to | Delta Title Corporation | | |
| 04  Title - Document Preparation | to | Delta Title Corporation | | |
| 05  Title - End Alta 5.1-06 PUD | to | Delta Title Corporation | | |
| 06  Title - End Alta 8.1-06 Res Environ | to | Delta Title Corporation | | |
| 07  Title - End Alta 9-06 REM | to | Delta Title Corporation | | |
| 08  Title - Express/Courier Fee | to | Delta Title Corporation | | |
| 09  Title - Lender's Title Insurance | to | Delta Title Corporation | | |
| 10  Title - Notary Fee | to | Delta Title Corporation | | |
| 11  Title - Recording Svc Fee/E-Recording Fee | to | Delta Title Corporation | | |
| 12  Title - Title Examination | to | Delta Title Corporation | | |
| 13  Title - Wire Fee | to | Delta Title Corporation | $50.00 | |

| Other Costs | | | | |
|---|---|---|---|---|
| **E. Taxes and Other Government Fees** | | | | |
| 01  Recording Fees | Deed: $135.00 | Mortgage: $335.00 | | |
| | to | East Baton Rouge Parish Clerk of Court | | |
| 02  Transfer Tax | to | | | |
| **F. Prepaids** | | | $2,374.14 | |
| 01  Homeowner's Insurance Premium (12 mo.) | to | Excalibur National Insurance Company | $907.00 | |
| 02  Mortgage Insurance Premium (  mo.) | to | | | |
| 03  Prepaid Interest ($29.1 per day from 10/24/2017 to 11/01/2017) | to | Regions Bank d/b/a Regions Mortgage | $232.80 | |
| 04  Property Taxes (12 mo.) | to | East Baton Rouge Parish Clerk of Court | $1,234.34 | |
| **G. Initial Escrow Payment at Closing to Regions Bank d/b/a Regions Mortgage** | | | $535.86 | |
| 01  Homeowner's Insurance | $75.58 per month for 3 | mo. | $226.74 | |
| 02  Mortgage Insurance | per month for | mo. | | |
| 03  Property Taxes | per month for | mo. | | |
| 04  City Property Taxes | per month for | mo. | | |
| 05  County Property Taxes | $154.56 per month for 2 | mo. | $309.12 | |
| 06  Assessment Taxes | per month for | mo. | | |
| 07  School Property Taxes | per month for | mo. | | |
| 08  MUD Taxes | per month for | mo. | | |
| 09  Other Taxes | per month for | mo. | | |
| 10  Aggregate Adjustment | | | | |
| **H. Other** | | | $12,660.00 | |
| 01  Home Service Warranty | to | American Home Shield | $495.00 | |
| 02  Real Estate Commission - Buyer's Realtor | to | KDK Capital Region Realty | $5,475.00 | |
| 03  Real Estate Commission - Seller's Realtor | to | Keller Williams Realty | $5,475.00 | |
| 04  Termite Treatment | to | Best Pest Services | $825.00 | |
| 05  Title - Cancellation Fee x 3 | to | Delta Title Corporation | $255.00 | |
| 06  Title - Owner's Title Insurance | to | Delta Title Corporation | | |
| 07  Title - Release Tracking Fee | to | Delta Title Corporation | $85.00 | |
| 08  Title - Tax Research | to | Delta Title Corporation | $50.00 | |

CLOSING DISCLOSURE  
File No. 104163

PAGE 2 OF 4  
Date/Time: 10/24/17 12:48 PM

| J. TOTAL CLOSING COSTS | $15,620.00 |
|---|---|

*[signature: Brian Anderson Criss]*
Brian Anderson Criss

| Addendum to CDF |
|---|
| Transaction Information – Additional Sellers |
| Sinarta Williams Criss<br>P.O. Box 343<br>Greenwell Springs, LA 70739<br>*[signature: Sinarta Williams Criss]*<br>Sinarta Williams Criss |

| American Land Title Association | ALTA Settlement Statement - Seller |
|---|---|
| | Adopted 05-01-2015 |

| File No./Escrow No.: 104163<br>Print Date & Time: 10/24/17 12:48 PM<br>Officer/Escrow Officer: Dondra Chandler<br>Settlement Location: Delta Title Corporation<br>11824 Bricksome Avenue, Suite A<br>Baton Rouge, LA 70816 | Delta Title Corporation<br>ALTA Universal ID:<br>11824 Bricksome Avenue, Suite A<br>Baton Rouge, LA 70816 |  |
|---|---|---|

| Property Address: | Amber Lakes, First Filing, Lot 56<br>East Baton Rouge Parish, Louisiana |
|---|---|
| | 16939 River Birch Avenue<br>Greenwell Springs, LA 70739 |
| Buyer: | Harry W. Smith III and Casey Erin Corcoran<br>16939 River Birch Avenue<br>Greenwell Springs, LA 70739 |
| Seller: | Brian Anderson Criss<br>5207 Lennox Street<br>Zachary, LA 70791<br>**See Addendum for Additional Seller(s)** |
| Lender: | Regions Bank d/b/a Regions Mortgage |
| Settlement Date: | 10/24/2017 |
| Disbursement Date: | 10/24/2017 |
| Additional dates per state requirements: | |

| Description | Seller | |
|---|---|---|
| | Debit | Credit |
| **Financial** | | |
| Sale Price of Property | | $219,000.00 |
| | | |
| **Prorations/Adjustments** | | |
| Parish Property Taxes from 01/01/2017 to 10/24/2017 | $1,504.04 | |
| | | |
| **Loan Charges to Regions Bank d/b/a Regions Mortgage** | | |
| 0.875% of Loan Amount (Points) | | |
| Loan Administration Fee $1060.00 Paid by Regions Bank d/b/a Regions Mortgage | | |
| Prepaid Interest ($29.10 per day from 10/24/2017 to 11/01/2017) | $232.80 | |
| | | |
| **Other Loan Charges** | | |
| Appraisal/AVM $450.00 Paid by Regions Bank d/b/a Regions Mortgage | | |
| Credit Report Fee $22.90 Paid by Regions Bank d/b/a Regions Mortgage | | |
| Flood $7.50 Paid by Regions Bank d/b/a Regions Mortgage | | |
| Tax Service Fee $76.00 Paid by Regions Bank d/b/a Regions Mortgage | | |

| Description | Seller Debit | Seller Credit |
|---|---|---|
| **Impounds** | | |
| Homeowner's Insurance $75.58 per month for 3 mo. | $226.74 | |
| County Property Taxes $154.56 per month for 2 mo. | $309.12 | |
| Aggregate Adjustment | | |
| | | |
| **Title Charges & Escrow / Settlement Charges** | | |
| Title - Abstract or Title Search $230.00 Paid by Regions Bank d/b/a Regions Mortgage | | |
| Title - Closing Protection Coverage $25.00 Paid by Regions Bank d/b/a Regions Mortgage | | |
| Title - Digital Storage Fee $25.00 Paid by Regions Bank d/b/a Regions Mortgage | | |
| Title - Document Preparation $75.00 Paid by Regions Bank d/b/a Regions Mortgage | | |
| Title - End Alta 5.1-06 PUD $50.00 Paid by Regions Bank d/b/a Regions Mortgage | | |
| Title - End Alta 8.1-06 Res Environ $50.00 Paid by Regions Bank d/b/a Regions Mortgage | | |
| Title - End Alta 9-06 REM $150.00 Paid by Regions Bank d/b/a Regions Mortgage | | |
| Title - Express/Courier Fee $25.00 Paid by Regions Bank d/b/a Regions Mortgage | | |
| Title - Lender's Title Insurance $812.50 Paid by Regions Bank d/b/a Regions Mortgage | | |
| Title - Notary Fee $100.00 Paid by Regions Bank d/b/a Regions Mortgage | | |
| Title - Recording Svc Fee/E-Recording Fee $65.00 Paid by Regions Bank d/b/a Regions Mortgage | | |
| Title - Title Examination $225.00 Paid by Regions Bank d/b/a Regions Mortgage | | |
| Title - Wire Fee $25.00 Paid by Regions Bank d/b/a Regions Mortgage | | |
| Title - Wire Fee to Delta Title Corporation | $50.00 | |
| Title - Cancellation Fee x 3 to Delta Title Corporation | $255.00 | |
| Title - Owner's Title Insurance $476.27 Paid by Regions Bank d/b/a Regions Mortgage | | |
| Title - Release Tracking Fee to Delta Title Corporation | $85.00 | |
| Title - Tax Research to Delta Title Corporation | $50.00 | |
| | | |
| **Commission** | | |
| Real Estate Commission - Buyer's Realtor to KDK Capital Region Realty | $5,475.00 | |
| Real Estate Commission - Seller's Realtor to Keller Williams Realty | $5,475.00 | |
| | | |
| **Government Recording and Transfer Charges** | | |
| Recording Fee (Deed) $135.00 Paid by Regions Bank d/b/a Regions Mortgage | | |
| Recording Fee (Mortgage) $245.00 Paid by Regions Bank d/b/a Regions Mortgage | | |
| Recording Fee (Mortgage) to East Baton Rouge Parish Clerk of Court | | |
| | | |
| **Payoff(s)** | | |
| Lender: Payoff of First Mortgage Loan to PHH Mortgage Corporation $170,757.10 | | |
| Total ($170,757.10) | $170,757.10 | |
| Lender: Payoff of Second Mortgage Loan to SBA - U.S. Small Business Administration $31,028.86 | | |
| Total ($31,028.86) | $31,028.86 | |
| | | |
| **Miscellaneous** | | |
| Lender Credits | | |
| Homeowner's Insurance Premium to Excalibur National Insurance Company | $907.00 | |
| Property Taxes to East Baton Rouge Parish Clerk of Court | $1,234.34 | |
| Home Service Warranty to American Home Shield | $495.00 | |

| Description | Seller | |
| --- | --- | --- |
| | Debit | Credit |
| Termite Treatment to Best Pest Services | $825.00 | |

| | Seller | |
| --- | --- | --- |
| | Debit | Credit |
| Subtotals | $218,910.00 | $219,000.00 |
| Due From Seller | | |
| Totals | $218,910.00 | $219,000.00 |