UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF LOUISIANA

IN RE: Brian Anderson Criss  
    DEBTOR

CASE NO: 17-11210  
CHAPTER: 7

Sinarta Williams  
    PLAINTIFF

ADVERSARY NO: 18-1006

VERSUS

Brian Anderson Criss  
    DEFENDANT

## ANSWER TO COMPLAINT TO DISCHARGE DEBT

I, Brian Criss, filed for divorce from Sinarta Williams on April 10, 2017 due to her infidelity. She carried on multiple affairs with clients from her law office during the entire time she was employed there while we were married. The day after I filed for divorce, I proposed a settlement to her to prevent a lengthy court battle. I offered her $15,000 in cash and half of the community property for us to go our separate ways. The $15k was roughly half of the equity in the house. She declined it. After destroying both of our lives, she felt she was entitled to more.

Two days later, I went to talk with one of her family members about forgiving her and possibly reconciling our marriage and giving her one more chance. Her cousin agreed that we would go and talk to her the following day. Well the following day, Sinarta decided to take one of her lovers to the Beau Rivage Casino in Biloxi for an Easter vacation with money that I gave her to pay off her credit cards – this is a recurring theme. A few months earlier, she had used money I gave her to pay bills to fly one of her lovers to Mexico first class. I had just taken her to the Beau Rivage the previous week to try to work on our marriage but it was obvious that she didn't want that. She drove her lover to the Beau Rivage in the $57k Audi A6 that I was paying for. At this point, I realized that trying to work things out with her is completely gone. I came to the house to get my car and she calls the police on me and lies to them, saying that I chased her around the house and threatened her life. I suspect that her lawyer told her this to get me thrown out of the house and possibly get a domestic violence charge but it didn't work. I had already consulted the EBR Sheriffs Department about retrieving all of my things from the house. They told me that if she started acting crazy to call them. That's what I did. I called them, they came to the house and advised me to handle everything through my attorney. The following Monday, I filed a restraining order against her for lying to the police, threatening violence and committing actual violence – pulling a knife on me. Her response to my restraining order was to file one herself. Her reasoning was that I was mean to her.

At the hearing for the restraining order, the judge orders her to vacate the house within 60 days and to return my car back to me the next day. She was living in a nice suburban neighborhood in Central – a home she wasn't contributing a penny to, living rent free, and driving a $57k car that I was paying for. She had no bills. She spent all of her money on clothes. Again, she didn't contribute anything to the house or cars. I paid for everything. Now the judge told her she had to return the car to me and get out because of her infidelity. She had a pretty good life but SHE destroyed it when she chose to have all of the affairs that she had.

When her 60 days were up and she had to leave the house, I went back to the house thinking I was going to move back in. Nope. When she moved out, she trashed the house and took pretty much all of the community property. I made a list of the community property we had, the value of it, and what she took. I valued the community property at $49k and she took $42k – about 85%. She made it a point to take EVERYTHING that she paid for – roughly 10% of our community property. She took the chandelier, the thermostat, the showerhead...these are things that are non-movable that are supposed to stay with the house. She left the curbside garbage cans in the house with perishable food inside. She left urine and feces in the toilets. She turned the water off in the house so when I returned, I couldn't flush them. I had just bought a new Samsung curved TV. I specifically asked the judge to give me a few hours to go back to the home to retrieve the TV. The judge granted my request but her lawyer never got back to me to get it. When I returned to the house, I saw that she broke the TV. It's like she took a blunt object and threw it at the TV to purposely break it. She left me two TVs and she broke both of them. She also took the HDMI cables, the power cords, and the remotes to them. When I left the house, I only took my clothes. I left my computer, my Xbox, lawn equipment, etc. She sold all of it. The brand new lawn equipment I just bought and paid $1,000 for, she sold it. I had to pay a lawn guy $85 a week to cut the grass until I sold the house. She caused about $6k in damages to the house that I paid for ALONE while taking $42k or 85% in community property.

I told my lawyer to file a contempt of court charge against her for trashing the house, taking all of the community property, and almost burning the house down – yes, she burned her wedding dress on the patio. I have pictures of all of this. She files a contempt of court charge against me for selling the house without her input. (1) I bought the house before we were married. I qualified for the house on my own, I was paying for the house on my own, and the mortgage was in my name alone. I only added her to the title as a courtesy. (2) She just destroyed the house. She just demonstrated that she didn't care about the house with the way she left it. (3) I, ME ALONE, paid for all of the damages to the house after she left to get it ready to sell. Now she's coming back saying that she wasn't included in the sale after the way she left. The entitlement that this woman showed was truly insulting. The judge felt like I should have included her because of community property laws. So I had to negotiate because we both were going to be held in contempt. I could not get back all of my things that she took and sold or the money I spent to get the house back in shape to sell the house.

So now lets start a tally of what she has versus what she is costing me. She has $42k in community property, the profits from her selling my things and spousal support. What do I have? I have no community property. I'm basically starting all over from scratch. I'm paying spousal support in the amount of $650 a month. I'm renting her a car at the rate of $1,100 a month. I'm paying a lawn guy $350 dollars a month because she sold all of my equipment. And I'm also paying a full construction crew $6,000 to repair the damages she did to the house. All while still paying the mortgage, car notes, her health insurance and all of the other bills.

When we negotiated a settlement, I did so in good faith. All of the damages that she did to the house, the community property that she took, and my personal possessions that she sold...I let it go just to get the divorce over with and get her out of my life once and for all. She didn't negotiate in good faith. After everything was settled, she came back and asked for her half of the equity when I sold the house. I told her lawyer that they both knew that there were two mortgages on the house and there would not be any remaining proceeds to split. They disagreed and filed a contempt of court charge against me. My lawyer advised me to seek protection by filing for bankruptcy. I know that Louisiana is a community property state and she is entitled to half of the equity but the audacity of destroying both of our lives with her infidelity and then asking for half of something you never contributed to is very insulting. After I

filed, the judge granted me a stay and a few weeks later granted me a divorce. The judge said that the bankruptcy filing protected me from claims she is making but I would have to come back to court in May to make sure that I filed and it was discharged. If the bankruptcy protection didn't protect me, we would still be fighting this out in family court.

Now to directly answer their charges: (1) The SBA loan is not paid in full. I owe $58,000 to the SBA. (2) The proceeds were not used to pay separate debts. The SBA was a lien holder on the property. There were no remaining proceeds to split. (3) The $30k listed on the schedules included potential debt from the threat of contempt from her and her lawyer. I wanted to make sure that I included the $15k in equity plus any amount in fines and lawyer fees that would result in contempt of court. (4) The debt owed to the defendant was not incurred in the course of a divorce. It was equity in the home not paid out to either one of us because of a second mortgage.

I walked away with no community property, limited personal property, no equity, and a ton of debt. She walked away with most of the community property, the proceeds from the sale of my personal belongings, and spousal support all while seeking more because of her perpetual cheating. After I found out about her cheating, I forgave her and wanted to work on our marriage. She kept on with all of her affairs like it was no big deal. I caught her cheating about 8 or 9 times. The day after I filed for divorce, Sinarta emailed me and asked me if I could please not file an adultery divorce. I later on realized that if I filed an adultery divorce, she would walk away with nothing. Her attorney must have told her that if I filed an adultery divorce that she would walk away with nothing, not even spousal support. That's why she sent me the email. After everything she did, she was still only thinking about herself. When I consulted my attorney, he asked me why did I want to file for divorce? I told him it was because of infidelity on her part. He asked me do you want to file an adultery divorce? I said no because I didn't want to embarrass her. She wasn't going to get any equity anyway because the house is in my name and I made all of the payments. She would at least have some principles after all of the affairs. I thought wrong. That woman has zero principles. I found out two days later that she took one of her lovers to the Beau Rivage and it hurt me. I went back to my lawyer and told him to file an adultery divorce. He had already filed the "vanilla" divorce. He said that it wouldn't be wise to file a vanilla divorce, retract it and then file an adultery divorce. If I had listened to him in the beginning, she would have walked away with nothing.

Brian Curr
5207 Lennox St.
Zachary, LA 70791
(225) 279-0854
04-04-18